Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000472
02-NOV-2018
08:32 AM

NO. CAAP-18-0000472

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CARLOS LAWRENCE ANDRADE, Plaintiff-Appellee,
v.
KUOLULU (k); ET AL., their respective
heirs and assigns, Defendants-Appellees,
and
DOE DEFENDANTS 1-200; and ALL WHOM
IT MAY CONCERN, Defendants,
and
PILA'A RANCH HAWAII, LLC and KO'OLAU KAI, LLC,
Proposed Intervenors-Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 16-1-0209)


ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Ginoza, C.J., and Reifurth and Chan, JJ.)

Upon consideration of Proposed Intervenors-Appellants
Pila'a Ranch Hawaii, LLC and Ko'olau Kai, LLC's (Pila'a Ranch and
Ko'olau Kai) September 14, 2018 Motion to Withdraw Appeal, the
papers in support, the record, and there being no opposition, it
appears that (1) the appeal has been docketed; (2) Pila'a Ranch
and Ko'olau Kai seek to withdraw the appeal with prejudice, with
the parties bearing their own attorneys' fees and costs; and (3)
dismissal is authorized by Hawai'i Rules of Appellate Procedure
Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion to
withdraw the appeal is granted, and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, November 2, 2018.

Chief Judge

Associate Judge

Associate Judge